**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

YASEEN TRAYNOR, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

KICKS, U.S.A. INC.,

                Defendant.

------------------------------------x



ORDER

19 Civ. 488 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: March 20, 2019
       New York, New York

                              SO ORDERED.

                              */s/ George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge