UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 8 2019

YASEEN TRAYNOR,

                Plaintiff,

      v.

KICKS, USA, INC.,

                Defendant.

Civil Action No. 1:19-CV-00488-GBD

Hon. George B. Daniels

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** that, pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff and Defendant hereby stipulate to the dismissal of the above-captioned action in its entirety with prejudice, and with each party to bear its own costs and attorneys' fees.

Dated: _____, 2019

_____
Dov Mittelman, Esq.
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601
Telephone: 201.282.6500 ext 101
Facsimilie: 201.282.6501
E-mail: mittelmandov@yahoo.com

*Attorneys for Plaintiff, Yaseen Traynor*

_____
Ellen Rosen Rogoff (ER4669)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
Telephone: 215.564.8058
Facsimile: 215.564.8120
E-mail: erogoff@stradley.com

*Attorneys for Defendant, Kicks, USA, Inc.*

**SO ORDERED:**

_____
Hon. George B. Daniels

Dated:_____

## CERTIFICATE OF SERVICE

I certify that on May 8, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Dov MIttelman*
Dov Mittelman